UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLY ELAINE ANDERSON,

        Plaintiff,

v.    Case No: 6:24-cv-1801-JSS-RMN

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

Defendant, the Commissioner of Social Security, has filed an unopposed motion for entry of judgment with remand. (Motion, Dkt. 20.) *See* 42 U.S.C. § 405(g) ("The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."). United States Magistrate Judge Robert M. Norway entered a report and recommendation recommending that the court grant the motion, reverse and remand this action to the Commissioner for further administrative proceedings pursuant to section 405(g), and direct the Clerk to enter judgment accordingly and to close the case. (Dkt. 21.) No objections to the recommendation have been filed, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1) (affording a party fourteen days to object to a magistrate judge's recommendation). Upon de novo review of the recommendation, the court adopts it in full and grants the unopposed motion.

Accordingly:

1. The Report and Recommendation (Dkt. 21) is **ACCEPTED** and **ADOPTED**.

2. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. 20) is **GRANTED**.

3. This action is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

4. The Clerk is **DIRECTED** to enter judgment accordingly, to terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Orlando, Florida, on May 21, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record